Milton Griggs
VS,
State of Texas

Court of Appeals
6th Appellate District
OF Texas

Appeal No.#06-15-00047-CR
Trial No.# CB-140-1075
Appeal No. 06-15-00070CR

06-15-000 92-CR

May FILED No 15
the Court of Appeals
Sixth District

Dear Judge of said Appeal Court;

RECEIVED IN
The Court of Appeals
Sixth District

MAY 2 6 2015

Texarkana, Texas
Debra Autrey, Clerk

MAY 2 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

I've been dealt a very Devastating Blow. Regardless of all my Numerous request. May 19, 2015 my wife of over 15 years Passed at Baylor Hospital In Dallas following an operation. Such Death and issues surrounding my request for an Emergency Furlough, Attempting to try and file my Brief, ect. Has taken a toll on my Health & Blood-Pressure and has such Badly up.

My misdemeanor & OR This misdemeanor offense failure to I.O. is and have rendered Me unable to be released from Custody and Deprived me of Being able to carry out my wifes Burial and Last wishes and Be able to give her a Beautiful Burial And has resulted in my wife being considered Cremated something She & I Are Totally Against and agreed not to let take course.

I, Milton Edward Griggs ask this court and or move this court for the Right to Properly Have my wife Buried and take care of all Affairs.

I ask that this court Please Grant Appellant the Opportunity to Attend his wife's funeral services In Sherman TX. without the Embarassment of a Deputy, Ordering, Sheriff Merkss to have me Temparacily Released from Custody allowing me 2 days to line out my wifes Funeral Services and Burial stopping such Ungodly Cremation.

Page 1 of 3

Wherefore Appellant has constantly sent said request and the Sheriffs has Granted such However. I the Appellant is Hereby requesting that I be Spared such Embarassment of Having a Officer present with me at such a Grieving time, Further the Fact of having to Pay for such Embarassment is Ridiculous.

For I Hereby Attach the following Inmate Request in Support. Asking that this court Has Jurisdiction over such, And OR If this court Does Not Have Jurisdiction over such that this court Immediately have such forwarded to the Proper court for Jurisdiction. For I the Appellant has Also contacted the Hunt County Court At Law No#1, The Sentencing Judge in this misdemeanor case Judge Timothy S. Linden All to No Avail.

Wherefore I the Appellant Pray that this court Issue an Immediate Order Per this Request and have me be allowed the Right to Pay my last Goodbye to my wife Please? Hereby submitted this 21st Day of May 2015.

Respectfully
Milton Driggs #25791
Milton Griggs
Hunt County Jail
2801 Stout St.

# Certificate OF Service

I, Milton Edward Griggs, Appellant Hereby State Under Oath that the Above written Instrument Is True & Correct and has been forwarded by Mail to the Court of Appeals 6th Appellate District of Texas Texarkana TX. on this 21st Day of May 2015

Respectfully Submitted
Milton Griggs #25791
Milton Griggs
2801 Steort St.
Greenville TX.
75401

1 of 3



HUNT COUNTY
# SHERIFF'S OFFICE

Randy Meeks, **Sheriff**
2801 Stuart Street
Greenville, TX 75401
903.453.6800

# INMATE REQUEST FORM

INMATE NAME & SO#: Milton Griggs #25791          TANK: 232

REQUEST TO: Sheriff Randy Meeks

REQUEST: Dear Mr. Meeks
I would like to request a furlough to be allowed to attend my wifes funeral whom passed away 5-19-15 in I.C.U. at Baylor Hospital. As of this moment I do not have the particulars on the funeral yet. But Capt. Stevens is contacting my mother for such Information. Sheriff Meeks I will assure you that I will abide by any and all terms of such furlough. I was on PR bond and went to court as required clear up until the day I was arrested in court for this sentence. Court records will show this. I was & or completed work release under Judge Thomas in 2012 and reported to jail on time as well and I will do so now. I am asking for a compassionate furlough because I wasn't able to speak to her and would atleast like to be allowed to say Good-bye for the last time. Mr. Meeks I'm here on a ~~misdemeanor~~ misdemeanor only I will assure you I will not violate any of your terms. ~~Please~~ consider this request and OR PLEASE? Atleast talk to me.

INMATE SIGNATURE: _Milton Griggs_          DATE: 5-19-15

RECEIVING OFFICER SIGNATURE: _____  DATE RECEIVED: _____

RESPONSE: Furlough Granted
Must have 2 officers with him at all times. Family must pay my staff @ $37.00 an hour.
Local Only!

RESPONDING OFFICER SIGNATURE: _Sheriff R J Meeks_  DATE: _____



## HUNT COUNTY
# SHERIFF'S OFFICE

Randy Meeks, Sheriff
2801 Stuart Street
Greenville, TX 75401
903.453.6800

## INMATE REQUEST FORM

INMATE NAME & SO#: Milton Griggs          TANK: #232

REQUEST TO: Administration

REQUEST: I would like to request a Emergency Phone call to Baylor Hospital. My Wife ~~████~~ has been in Intensive Care on Life support & I have not been Able to make any call thru to her room. Please Assist Me ASAP.

Thank You

INMATE SIGNATURE: Milton Griggs          DATE: 5-13-15

RECEIVING OFFICER SIGNATURE: Bow 467          DATE RECEIVED: _____

RESPONSE: Denied - You are making calls from your cell. You will need to call from the Phone located in your Cell.

ESPONDING OFFICER SIGNATURE: Lt. Sherman          DATE: _____

## Statement Of Facts

1. Appellant was taken before Judge Timothy S. Linden on Feb. 13, 2015 and Plead Guilty to what Appellant understood to be a Class B misdemeanor charge of Failing to I.D. __Not__ An Enhanced class A misdemeanor charge of Failing to I.D. ~~and~~ Fugitive from justice Nor was the Appellant __Ever__ made Aware of an such Enhancement by his Lawyer Jack L. Paris at any given time __PERIOD__!

I the Appellant __was under the Sole impression__ that such was that of a Class B misdemeanor & which carried a Maximum penalty of that of only 180 days in jail __Not 270, 300, NoR 365__ days as the County Attorney requested at the hearing In which the judge gave __300__.

According to My Attorney the County Attorney offered a Maximum of __270 Days__ and I __disagreed__ and __Declined__ to accept such due to being under the impression that such was that of a __Class B misdemeanor__ and only carried 180 days.